1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  Inez Friedman-Boyce (*pro hac vice* pending)
   ifriedmanboyce@goodwinprocter.com
3  Brian C. Devine (SBN 222240)
   bdevine@goodwinprocter.com
4  **GOODWIN PROCTER LLP**
   Exchange Place
5  Boston, MA 02109-2802
   Tel.: 617-570-1000
6  Fax: 617-570-1231

7  Lloyd Winawer (SBN 157823)
   lwinawer@goodwinprocter.com
8  **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
9  Los Angeles, California 90017
   Tel.: 213-426-2500
10 Fax: 213-623-1673

11 *Attorneys for Defendants*
   Countrywide Financial Corporation,
12 Countrywide Home Loans, Inc., CWALT,
   Inc., CWMBS, Inc., Countrywide Capital
13 Markets, Countrywide Securities
   Corporation, and N. Joshua Adler

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES | Case No. 11-ML-02265-MRP (MANx)<br>**DECLARATION OF N. JOSHUA ADLER IN SUPPORT OF MOTION TO DISMISS**<br>Courtroom: 12<br>Judge:    Hon. Mariana R. Pfaelzer |
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>          Defendants. | Case No. 11-CV-7166-MRP (MANx) |

|   |   |   |
|---|---|---|
| 1 | NATIONAL INTEGRITY LIFE INSURANCE COMPANY, | |
| 2 | | |
| 3 | Plaintiff, | Case No. 11-CV-09889-MRP (MANx) |
| 4 | v. | |
| 5 | COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| 6 | | |
| | Defendants. | |

I, N. Joshua Adler, declare and state as follows:

1. I am named as a defendant in the above-captioned actions. I submit this affidavit in support of my Motions to Dismiss filed herewith, for which I make a special appearance for the sole purpose of contesting personal jurisdiction. I have personal knowledge of the facts stated in this affidavit, and could and would testify competently thereto if called as a witness.

2. I am a resident of California. I was employed by Countrywide Financial Corporation ("Countrywide"), which is based in Calabasas, California, at all times pertinent to this action, and served as the President, the Chief Executive Officer, and a member of the Board of Directors of CWABS, Inc., CWMBS, Inc., CWALT, Inc., and CWHEQ, Inc., which are Delaware corporations and subsidiaries of Countrywide, also based in Calabasas, California.

**Lack of Contacts with New York**

3. I am not a citizen or part-time resident of New York. I have never lived in New York.

4. I have never been employed in New York.

5. I have traveled to New York on several occasions. During my tenure at Countrywide, I occasionally visited companies with which Countrywide transacted business in New York. The purpose of these meetings was primarily to enhance Countrywide's relationships with these companies, and not to conduct or consummate transactions.

6. I have never transacted business in New York in my personal capacity.

7. I have never had any communications with New York state agencies or officials on behalf of Countrywide or Bank of America Corporation.

8. To the best of my knowledge, I have never had any communications with any representatives of National Integrity Life Insurance Company.

9. I do not own or lease any real property in New York.

10. I do not maintain a bank account in New York.

11. I do not have a listed telephone number in New York.

12. I do not maintain any professional licenses in New York.

13. I have never paid any taxes or filed any type of tax return in New York.

**Lack of Contacts with Ohio**

14. I am not a citizen or part-time resident of either Ohio. I have never lived in Ohio.

15. I have never been employed in Ohio.

16. I have never traveled to Ohio.

17. I have never transacted business in Ohio on behalf of Countrywide or Bank of America Corporation.

18. I have never transacted business in Ohio in my personal capacity.

19. I have never had any communications with Ohio agencies or officials on behalf of Countrywide or Bank of America Corporation.

20. To the best of my knowledge, I have never had any communications with representatives of any of Western and Southern Life Insurance Co., Western-Southern Life Assurance Co., Columbus Life Insurance Co., Integrity Life Insurance Co., or Fort Washington Investment Advisors, Inc.

21. I do not own or lease any real property in Ohio.

22. I do not maintain a bank account in Ohio.

23. I do not have a listed telephone number in Ohio.

24. I do not maintain any professional licenses in Ohio.

25. Other than the present litigation filed by plaintiffs, I have never been a party to litigation in Ohio.

26. I have never paid any taxes or filed any type of tax return in Ohio.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 7, 2011.

_____
N. Joshua Adler