Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, CA 90017-5704
Telephone: 213-426-2500
Facsimile: 213-623-1673

Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Telephone: 617-570-1000
Facsimile: 617-570-1231

*Attorneys for Defendants*
Countrywide Financial Corporation,
Countrywide Home Loans, Inc.,
CWALT, Inc., CWMBS, Inc., CWABS,
Inc., CWHEQ, Inc., Countrywide Capital
Markets, Countrywide Securities Corp.,
and N. Joshua Adler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx) <br><br> **COUNTRYWIDE DEFENDANTS' NOTICE OF AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS** <br><br> Date: February 13-14, 2012 <br> Time: <br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |

| | |
|---|---|
| PUTNAM BANK, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | Case No. 11-CV-04698-MRP (MANx) |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |
| BANKERS INSURANCE COMPANY, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 11-CV-07152-MRP (MANx) |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |
| STERLING FEDERAL BANK, F.S.B., | |
| Plaintiff, | |
| v. | Case No. 11-CV-07163-MRP (MANx) |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |
| WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 11-CV-07166-MRP (MANx) |
| COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, | |
| Defendants. | |

NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| AMERICAN FIDELITY ASSURANCE COMPANY, <br><br>  Plaintiff, <br><br>  v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br>  Defendants. | Case No. 11-CV-07167-MRP (MANx) |
| SEALINK FUNDING LIMITED, <br><br>  Plaintiff, <br><br>  v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br>  Defendants. | Case No. 11-CV-08896-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY, <br><br>  Plaintiff, <br><br>  v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br>  Defendants. | Case No. 11-CV-09889-MRP (MANx) |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Home Loans, Inc., Countrywide Capital Markets, CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., and N. Joshua Adler (collectively, the "Countrywide Defendants"), by and through their attorneys of record, hereby request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201 and supporting case law, of the documents and facts listed below in connection with their Motions to Dismiss the above-captioned actions:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Excerpts from Prospectus Supplement for CWALT 2005-43 (dated August 24, 2005) |
| 2 | Excerpts from Prospectus Supplement for CWALT 2007-1T1 (dated January 29, 2007) |
| 3 | Excerpts from Prospectus Supplement for CWALT 2007-12T1 (dated April 27, 2007) |
| 4 | Excerpts from Prospectus Supplement for CWALT 2007-25 (dated September 27, 2007) |
| 5 | Excerpts from Prospectus Supplement for CWMBS 2006-HYB2 (dated February 23, 2006) |
| 6 | Excerpts from Prospectus Supplement for CWMBS 2006-12 (dated May 22, 2006) |
| 7 | Excerpts from Prospectus Supplement for CWMBS 2007-J2 (dated May 29, 2007) |
| 8 | Excerpts from Prospectus Supplement for CWMBS 2007-17 (dated August 29, 2007) |
| 9 | Excerpts from Prospectus Supplement for CWALT 2005-21CB (dated April 26, 2005) |

| 10 | Excerpts from Prospectus Supplement for CWALT 2007-6 (dated February 26, 2007) |
| --- | --- |
| 11 | Excerpts from Prospectus Supplement for CWALT 2007-9T1 (dated March 29, 2007) |
| 12 | Excerpt from Prospectus Supplement for CWALT 2007-15CB (dated May 30, 2007) |
| 13 | Excerpts from Prospectus Supplement for CWMBS 2007-3 (dated February 26, 2007) |
| 14 | Excerpts from Prospectus Supplement for CWMBS 2007-8 (dated May 29, 2007) |
| 15 | Excerpts from Prospectus Supplement for CWMBS 2007-J3 (dated June 28, 2007) |
| 16 | Excerpts from Prospectus Supplement for CWALT 2006-7CB (dated March 29, 2006) |
| 17 | Excerpts from Prospectus Supplement for AHMA 2007-2 (dated February 27, 2007) |
| 18 | Excerpts from Prospectus Supplement for CWALT 2006-45T1 (dated December 27, 2006) |
| 19 | Excerpts from Prospectus Supplement for CWALT 2006-HY12 (dated June 27, 2006) |
| 20 | Excerpts from Prospectus Supplement for CWALT 2006-OC2 (dated March 27, 2006) |
| 21 | Excerpts from Prospectus Supplement for CWALT 2006-OC4 (dated May 25, 2006) |
| 22 | Excerpts from Prospectus Supplement for CWALT 2006-OC6 (dated July 28, 2006) |
| 23 | Excerpts from Prospectus Supplement for CWALT 2007-5CB (dated February 26, 2007) |
| 24 | Excerpts from Prospectus Supplement for CWALT 2007-HY7C (dated June 28, 2007) |

| | |
|---|---|
| 25 | Excerpts from Prospectus Supplement for CWALT 2007-OA7 (dated March 29, 2007) |
| 26 | Excerpts from Prospectus Supplement for CWHEQ 2006-D (dated March 29, 2006) |
| 27 | Excerpts from Prospectus Supplement for CWABS 2005-AB4 (dated November 23, 2005) |
| 28 | Excerpts from Prospectus Supplement for CWABS 2006-11 (dated June 28, 2006) |
| 29 | Excerpts from Prospectus Supplement for CWABS 2006-18 (dated September 27, 2006) |
| 30 | Excerpts from Prospectus Supplement for CWABS 2006-3 (dated February 23, 2006) |
| 31 | Excerpts from Prospectus Supplement for CWABS 2006-5 (dated March 24, 2006) |
| 32 | Excerpts from Prospectus Supplement for CWABS 2006-8 (dated June 26, 2006) |
| 33 | Excerpts from Prospectus Supplement for CWABS 2006-IM1 (dated January 27, 2006) |
| 34 | Excerpts from Prospectus Supplement for CWABS 2007-1 (dated February 8, 2007) |
| 35 | Excerpts from Prospectus Supplement for CWABS 2007-2 (dated February 27, 2007) |
| 36 | Excerpts from Prospectus Supplement for CWABS 2007-3 (dated March 28, 2007) |
| 37 | Excerpts from Prospectus Supplement for CWABS 2007-6 (dated March 29, 2007) |
| 38 | Excerpts from Prospectus Supplement for CWABS 2007-7 (dated May 3, 2007) |
| 39 | Excerpts from Prospectus Supplement for CWABS 2007-BC1 (dated February 27, 2007) |

Goodwin Procter LLP
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017

| | | |
|---|---|---|
| | 40 | Excerpts from Prospectus Supplement for CWABS 2007-BC3 (dated June 28, 2007) |
| | 41 | Excerpts from Prospectus Supplement for GSCC 2006-1 (dated March 20, 2006) |
| | 42 | Excerpts from Prospectus Supplement for IMM 2005-7 (dated September 27, 2005) |
| | 43 | Excerpts from Prospectus Supplement for IMSA 2006-3 (dated September 29, 2006) |
| | 44 | Excerpts from Prospectus Supplement for IMSA 2007-1 (dated February 21, 2007) |
| | 45 | Excerpts from Prospectus Supplement for JPMAC 2006-FRE2 (dated March 9, 2006) |
| | 46 | Excerpts from Prospectus Supplement for MSHEL 2007-1 (dated February 27, 2007) |
| | 47 | Excerpts from CWALT Form S-3/A, Reg. No. 333-117949 (filed Sept. 23, 2004) |
| | 48 | Excerpts from CWALT Form S-3/A, Reg. No. 333-125902 (filed July 25, 2005) |
| | 49 | Excerpts from CWALT Form S-3/A, Reg. No. 333-123167 (filed April 21, 2005) |
| | 50 | Excerpts from CWALT Form S-3/A, Reg. No. 333-131630 (filed March 6, 2006) |
| | 51 | Excerpts from CWALT Form S-3/A, Reg. No. 333-140962 (filed April 24, 2007) |
| | 52 | Excerpts from CWMBS Form S-3/A, Reg. No. 333-125963 (filed July 25, 2005) |
| | 53 | Excerpts from CWMBS Form S-3/A, Reg. No. 333-121249 (filed February 8, 2005) |
| | 54 | Excerpts from CWMBS Form S-3/A, Reg. No. 333-140958 (filed April 24, 2007) |

Goodwin Procter LLP
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017

| | | |
|---|---|---|
| | 55 | Excerpts from CWMBS Form S-3/A, Reg. No. 333-131662 (filed March 6, 2006) |
| | 56 | Excerpts from CWABS Form S-3/A, Reg. No. 333-135846 (filed August 8, 2006) |
| | 57 | Excerpts from CWHEQ Form S-3/A, Reg. No. 333-132375 (filed April 12, 2006) |
| | 58 | Excerpts from CWHEQ Form S-3/A, Reg. No. 333-126790 (filed August 4, 2006) |
| | 59 | Excerpts from CWABS Form S-3/A, Reg. No. 333-125164 (filed June 10, 2005) |
| | 60 | Excerpts from CWABS Form S-3/A, Reg. No. 333-131591 (filed February 21, 2006) |
| | 61 | Excerpts from CWABS Form S-3/A, Reg. No. 333-140960 (filed April 24, 2007) |
| | 62 | Excerpts from CWMBS Form S-3/A, Reg. No. 333-109248 (filed January 13, 2004) |
| | 63 | Excerpts from CWMBS Form S-3/A, Reg. No. 333-110343 (filed January 13, 2004) |
| | 64 | Excerpts from AHMA Form S-3/A, Reg. No. 333-136999 (dated August 30, 2006) |
| | 65 | Excerpts from GSCC Form S-3/A, Reg. No. 333-131591 (filed February 21, 2006) |
| | 66 | Excerpts from IMM Form S-3/A, Reg. No. 333-126443 (filed May 31, 2006) |
| | 67 | Excerpts from IMSA Form S-3/A, Reg. No. 333-138118 (dated November 21, 2006) |
| | 68 | Excerpts from IMSA Form S-3/A, Reg. No. 333-131328 (dated May 31, 2006) |
| | 69 | Excerpts from JPMAC Form S-3/A, Reg. No. 333-127020 (filed August 15, 2005) |

Goodwin Procter LLP
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017

| | | |
|---|---|---|
| | 70 | Excerpts from MSHEL Form S-3/A, Reg. No. 333- 130694 (filed March 10, 2006) |
| | 71 | Class Action Complaint in *Luther v. Countrywide Home Loans Servicing L.P.*, No. BC380698 (California Superior Court) (filed on November 14, 2007) |
| | 72 | Amended Complaint in *Luther v. Countrywide Financial Corp.*, No. BC380698 (California Superior Court) (filed on September 9, 2008) |
| | 73 | Class Action Complaint in *Washington State Plumbing & Pipefitting Pension Trust v. Countrywide Financial Corp.*, No. BC392571 (California Superior Court) (filed on June 12, 2008) |
| | 74 | Consolidated Complaint in *Luther v. Countrywide Financial Corp.*, No. BC380698 (California Superior Court) (filed on October 16, 2008) |
| | 75 | Class Action Complaint in *Pappas v. Countrywide Fin. Corp.*, No. CV-07-05295 (C.D. Cal.) (filed on August 14, 2007) |
| | 76 | Class Action Complaint in *Norfolk County Ret. Sys. v. Countrywide Fin. Corp.*, No. 07-CV-05727 (C.D. Cal.) (filed on August 31, 2007) |
| | 77 | Class Action Complaint in *Saratoga Advantage Trust v. Countrywide Fin. Corp.*, No. 07-CV-06635 (C.D. Cal.) (filed on October 11, 2007) |
| | 78 | First Amended Shareholder Derivative Complaint in *Ark. Teacher Retirement Sys. v. Mozilo*, No. CV-07-6923 (C.D. Cal.) (filed on November 26, 2007) |
| | 79 | Complaint in *Maine State Ret. Sys. v. Countrywide Fin. Corp.*, No. CV-10-302 (C.D. Cal.) (filed on January 14, 2010) |
| | 80 | Class Action Complaint in *N.Y. City Employees' Retirement Sys. v. Countrywide Fin. Corp.*, No. CV-08-00492 (C.D. Cal.) (filed on January 25, 2008) |
| | 81 | Consolidated Shareholder Derivative and Class Action Complaint in *In re Countrywide Fin. Corp. Deriv. Litig.*, No. 07-CV-06923 (C.D. Cal.) (filed on February 15, 2008) |
| | 82 | Complaint in *Bassman v. Syron*, No. 08-CV-02423 (S.D.N.Y.) (filed on March 10, 2008) |

Goodwin Procter LLP
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017

| | |
|---|---|
| 83 | Consolidated Amended Class Action Complaint in *In re Countrywide Fin. Corp. Sec. Litig.*, No. CV-07-05295 (C.D. Cal.) (filed on April 11, 2008) |
| 84 | Complaint in *Agnes v. Raines*, No. 08-CV-01093 (D.D.C.) (filed on June 25, 2008) |
| 85 | Complaint for Injunctive and Other Relief in *People v. Countrywide Fin. Corp.*, No. 08CH22994 (Ill. Cir. Ct.) (filed on June 25, 2008) |
| 86 | Verified Shareholder Derivative Complaint in *Adams Family Trust v. Syron*, No. 08-CV-00773 (E.D. Va.) (filed on July 24, 2008) |
| 87 | Complaint in *MBIA Ins. Corp. v. Countrywide Home Loans, Inc.*, No. 08/602825 (N.Y. Sup. Ct.) (filed on September 30, 2008) |
| 88 | Second Consolidated Amended Class Action Complaint in *In re Countrywide Fin. Corp. Sec. Litig.*, No. CV-07-05295 (C.D. Cal.) (filed on January 6, 2009) |
| 89 | Class Action Complaint in *Argent Classic Convertible Arbitrage Fund L.P. v. Countrywide Fin. Corp.*, No. CV-07-07097 (C.D. Cal.) (filed on October 30, 2007) |
| 90 | Second Amended Class Action Complaint in *Argent Classic Convertible Arbitrage Fund L.P. v. Countrywide Fin. Corp.*, No. CV-07-07097 (C.D. Cal.) (filed on May 7, 2008) |
| 91 | Third Amended Class Action Complaint in *Argent Classic Convertible Arbitrage Fund L.P. v. Countrywide Fin. Corp.*, No. CV-07-07097 (C.D. Cal.) (filed on December 3, 2008) |
| 92 | Complaint in *Fitzhugh v. Countrywide Fin. Corp.*, No. 04-6830-B (D.C. Super. Ct.) (filed on September 13, 2004) |
| 93 | Amended Complaint in *Footbridge Ltd. v. Opportunity Trust v. Countrywide Home Loans, Inc.*, No. 09-CIV-4050 (S.D.N.Y.) (filed June 2, 2009) |
| 94 | Second Amended Complaint in *Footbridge Ltd. v. Opportunity Trust v. Countrywide Home Loans, Inc.*, No. 09-CIV-4050 (S.D.N.Y.) (filed August 4, 2009) |

| | |
|---|---|
| 95 | Complaint in *Syncora Guarantee Inc. v. Countrywide Home Loans, Inc.*, No. 650042/2009 (N.Y. Sup. Ct.) (filed January 28, 2009) |
| 96 | Complaint in *Stichting Pensioenfonds ABP v. Countrywide Fin. Corp., et al.*, No. CV-10-07275 (C.D. Cal.) (filed August 18, 2010) |
| 97 | First Amended Complaint in *Stichting Pensioenfonds ABP v. Countrywide Fin. Corp., et al.*, No. CV-10-07275 (C.D. Cal.) (filed February 14, 2011) |
| 98 | Complaint in *Allstate Ins. Co., et al. v. Countrywide Fin. Corp., et al.*, No. 10-CIV-9591 (S.D.N.Y.) (filed December 27, 2010) |
| 99 | Excerpts from Complaint in *Western & Southern Life Ins. Co., et al. v. JPMorgan Chase Bank, N.A., et al.*, No. 11-CV-495 (S.D. Ohio) (originally filed Ct. of Common Pleas June 22, 2011) |
| 100 | Excerpts from Complaint in *Western & Southern Life Ins. Co., et al. v. Morgan Stanley Mortg. Capital, Inc., et al.*, No. 11-CV-576 (S.D. Ohio) (originally filed Ct. of Common Pleas July 18, 2011) |
| 101 | Excerpts from Complaint in *Western & Southern Life Ins. Co., et al. v. Bank of America, N.A., et al.*, No. 11-CV-667 (S.D. Ohio) (originally filed Ct. of Common Pleas August 18, 2011) |
| 102 | Certifications of Named Plaintiffs Pursuant to Federal Securities Laws in *Maine State Ret. Sys. v. Countrywide Fin. Corp., et al.*, No. CV-10-00302 (C.D. Cal.) (filed April 2, 2010) |
| 103 | Order Appointing Lead Plaintiff in *Maine State Ret. Sys. v. Countrywide Fin. Corp., et al.*, No. CV 10-00302 (C.D. Cal.) (filed May 14, 2010) |
| 104 | Order re: Motions to Dismiss in *United Fin. Cas. Co. v. Countrywide Fin. Corp.*, No. CV 11-04766 (C.D. Cal. November 16, 2011) |
| 105 | Order of Dismissal re: Ranjit Kripalani, Jennifer Sandefur, and N. Joshua Adler in *Maine State Ret. Sys. v. Countrywide Fin. Corp., et al.*, No. CV 10-00302 (C.D. Cal. February 15, 2011) |
| 106 | Glenn R. Simpson & Evan Perez, *FBI Investigates Countrywide—U.S. Scrutinizes Filings on Financial Strength, Loan Quality for Fraud*, Wall St. Journal (dated March 8, 2008) |
| 107 | Lisa Myers, *CW Whistleblower Reports "Liar Loans"*, NBC News |

8
NOTICE OF REQUEST AND REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| | (July 1, 2008) |
| 108 | Chris Palmeri, *One Insider's View of Countrywide*, Business Week (January 17, 2008) |
| 109 | Raymond Hernandez, *Countrywide Said to be Subject of Federal Criminal Inquiry*, N.Y. Times (March 9, 2008) |
| 110 | Transcript, Larry King Live CNN Interview with Mark Zachary, CNN (July 15, 2008) |
| 111 | Michael A. Hiltzik, *Countrywide's Confident Tone Turned to Crisis*, Los Angeles Times (dated September 3, 2007) |
| 112 | Gretchen Morgenson, *Inside the Countrywide Lending Spree*, New York Times (dated August 26, 2007) |
| 113 | E. Scott Reckard, *Mortgage Meltdown; Prime Loans Seeing Rise in Defaults*, Loss Angeles Times (December 28, 2007) |
| 114 | Sachsen LB Annual Report 2007 |
| 115 | Landesbank Baden-Wurttemberg's June 30, 2010 Financial Stability Forum Report |
| 116 | Sealink Funding Limited Abridged Financial Statements for 2009 |
| 117 | Excerpt from Bank of America Corp. Annual Report (Form 10-K) (filed February 25, 2011) |
| 118 | Excerpt from The Bank of New York Mellon Corp. Annual Report (Form 10-K) (filed February 28, 2011) |
| 119 | Order Granting Motions to Dismiss for Lack of Personal Jurisdiction in *New Mexico State Inv. Council v. Countrywide Fin. Corp.*, No. D-0101-CV-2008-02289 (N.M. Dist. Ct. April 14, 2009) |
| 120 | Excerpt from Hearing Transcript in *New Mexico State Inv. Council v. Countrywide Fin. Corp.*, No. D-0101-CV-2008-02289 (N.M. Dist. Ct. March 6, 2009) |

This request is based on the attached Memorandum of Points and Authorities in support thereof, the papers, records, and pleadings on file herein, and upon any

additional argument or evidence permitted at the hearing on the Countrywide Defendants' Motions to Dismiss.

Dated: December 7, 2011        **GOODWIN PROCTER LLP**

/s/ Brian C. Devine
Brian E. Pastuszenski (*pro hac vice*)
Lloyd Winawer (State Bar No. 157823)
Inez H. Friedman-Boyce (*pro hac vice*)
Brian C. Devine (State Bar No. 222240)

*Counsel for the Countrywide Defendants*

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Evidence 201 provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). As set forth below, the documents submitted in support of the Countrywide Defendants' Motions to Dismiss are properly subject to judicial notice.

Exhibits 1-70 and 117-18 are various documents that were either publicly filed with the Securities Exchange Commission ("SEC") or are incorporated by reference in the underlying Complaints and on which Plaintiffs necessarily rely in bringing their claims.[1] It is well-settled that the Court may take judicial notice of SEC filings on a motion to dismiss. *See Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006); *In re Finisar Corp. Deriv. Litig.*, 542 F. Supp. 2d 980, 989 n.4 (N.D. Cal. 2008) ("public filings with the SEC are properly the subject of judicial notice in a motion to dismiss"); *In re Computer Scis. Corp. Deriv. Litig.*, 244 F.R.D. 580, 587 n.8 (C.D. Cal. 2007) (same).[2] The Court may properly consider these documents because they are matters of public record, and the Plaintiffs in many of the actions cite heavily to Countrywide SEC filings in their respective Complaints. *See, e.g., AFAC* FAC, ¶¶ 72, 87, 290, 304; *W&S* FAC, ¶¶ 77-80, 184, 205-7, 243, 257; *NI* Compl. ¶¶ 77-80, 184, 205-7, 243, 257. *See In re Easysaver Rewards Litig.*, 737 F. Supp. 2d 1159, 1166 (S.D. Cal. 2010) ("The rule applies to documents that form the basis of a plaintiff's case or documents that are quoted extensively on the theory that such

---

[1] In the interests of efficiency, the Countrywide Defendants have submitted excerpts from these documents. Of course, the Countrywide Defendants will submit the documents in their entirety at the Court's request.

[2] For the same reasons, the Court may properly consider Tabs 8-14 of the Countrywide Defendants' Appendix In Support Of Their Motion To Dismiss, which is concurrently filed herewith. The Appendix contains tables that consist entirely of data derived from documents that have been publicly filed with the SEC or are otherwise subject to judicial notice as set forth herein.

Goodwin Procter LLP
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017

documents are not truly 'outside' the complaint.").

Exhibits 71-101 are copies of various complaints, raising allegations of misconduct similar to those made in each of the complaints at issue here, that have been filed against Countrywide in state and federal courts around the country. Many of these complaints have been filed with this Court in particular. Clearly, this Court may take judicial notice of pleadings and papers filed with it and with other courts in related actions.[3] See *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (granting request for judicial notice of pleadings in related action); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (same); *DeMarco v. DepoTech Corp.*, 149 F. Supp. 2d 1212, 1217-18 (S.D. Cal. 2001) (judicial notice of court filings in present action).[4]

For the same reason, this Court may take judicial notice of Exhibits 102-05 and Exhibits 119-20. Exhibits 102-05 are pleadings and orders that were filed with this Court in *Maine State Ret. Sys. v. Countrywide Fin. Corp., et al.*, No. CV 10-00302 (C.D. Cal.) (filed May 14, 2010) and *United Fin. Casualty Co., et al. v. Countrywide Fin. Corp., et al.*, No. CV 11-04766 (C.D. Cal. November 16, 2011). Exhibits 119-20 are an order and an excerpt from the transcript of a hearing held by the court in *New Mexico State Inv. Council v. Countrywide Fin. Corp.*, No. D 0101 CV 2008 02289

---

[3] Additionally, many of the complaints are also referenced extensively within the complaints at issue here. See, e.g., AFAC FAC ¶¶ 380-81 (referencing Ex. 71), 159, 206-13 (referencing Ex. 85), 382-85 (referencing Exs. 73-74, 79); W&S FAC ¶¶ 390-96 (Exs. 71-74, 79); NI Compl. ¶¶ 390-96 (Exs. 71-74, 79). For this reason, the Court may also consider them in ruling on the Countrywide Defendants' Motions to Dismiss. See *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (documents incorporated by reference in complaint may be considered on motion to dismiss); *In re Silicon Graphics, Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999), *superseded on other grounds by statute* (courts may consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the . . . pleading").

[4] For the same reasons, the Court may properly consider Tabs 1- 7 and 15 of the Countrywide Defendants' Appendix In Support Of Their Motion To Dismiss, which is concurrently filed herewith. The Appendix contains tables that consist of allegations excerpted from publicly filed complaints, which are subject to judicial notice as set forth herein.

(N.M. Dist. Ct.), respectively. This Court may properly take judicial notice of the proceedings and pleadings filed in related actions, as well as orders and decisions made by it and other courts. *See Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n.5 (9th Cir. 1995) ("[j]udicial notice is properly taken of orders and decisions made by other courts or administrative agencies"); *San Francisco Baykeeper v. West Bay Sanitary Dist.*, 2011 WL 1990637, at *6 (N.D. Cal. May 23, 2011) (court takes judicial notice of hearing transcript); *Kuan v. United States Customs Serv.*, 2009 U.S. Dist. LEXIS 126574, at *4 n.3 (C.D. Cal. 2009) ("The Court may take judicial notice of matters of public record, including court records in a related proceeding."); *In re Edward Jones Holders Litig.*, 453 F. Supp. 2d 1210, 1217 n.8 (C.D. Cal. 2006) (taking judicial notice of related proceedings).

Exhibits 106-113 are certain articles and reports that discuss the nationwide housing market collapse that began in 2007. Courts routinely take judicial notice of industry or economy-wide downturns. *See, e.g., Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458-59 (9th Cir. 1995) (judicial notice of "widespread layoffs" at company because they were "a fact which would be generally known in Southern California and which would be capable of sufficiently accurate and ready determination"); *SEC v. Universal Express, Inc.*, 546 F. Supp. 2d 132, 137 n.7 (S.D.N.Y. 2008) (judicial notice of "the widespread decline in property values" during the time period at issue here); *In re Northpoint Commc'ns Group, Inc. Sec. Litig.*, 184 F. Supp. 2d 991, 1004 (N.D. Cal. 2001) (decline of Internet industry in late 2000). Furthermore, judicial notice of these articles is also appropriate because they are publicly available and their contents are not subject to reasonable dispute. *See Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (holding that judicial notice may be taken of newspaper articles at the motion to dismiss stage in order to "indicate what was in the public realm at the time, not whether the contents of those articles were in fact true") (internal citation omitted); *Benak ex rel. Alliance Premier Growth Fund v. Alliance Capital Mgmt. L.P.*, 435 F.3d 396, 401 n.15 (3d Cir. 2006) (judicial notice of

"newspaper articles . . . . to indicate what was in the public realm at the time"); *In re Rackable Sys., Inc. Sec. Litig.*, 2010 WL 3447857, at *3 (N.D. Cal. Aug. 27, 2010) (taking judicial notice of newspaper articles).

Finally, under Federal Rule of Evidence 201(b)(2), the Court may take judicial notice of Exhibits 114-16, including Sachsen LB's 2007 Annual Report, Landesbank Baden-Wurttemberg's June 30, 2010 Financial Stability Forum Report, and Sealink's abridged 2009 Financial Statements, because they are analogous to SEC filings and include facts that are "capable of accurate and ready determination by resort to a source whose accuracy cannot be reasonably questioned." *In re Hansen Natural Corp. Sec. Litig.*, 527 F. Supp. 2d 1142, 1150 n.2 (C.D. Cal. 2007) (internal citation omitted); *see also In re Charles Schwab Corp. Sec. Lit.*, 257 F.R.D. 534, 558 n.14 (N.D. Cal. 2009) (taking judicial notice of company's publicly filed annual reports); *In re Calpine Corp.*, No. 03-1685, 2005 WL 1431506, at *5 (N.D. Cal. March 31, 2005) (taking judicial notice of company's financial statements). *Cf. Yuen v. U.S. Stock Transfer Co.*, 966 F. Supp. 944, 945 n.1 (C.D. Cal. 1997) (courts "may take judicial notice of the contents of relevant public disclosure documents required to be filed with the SEC as facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned").

## CONCLUSION

For all of the above reasons, the Countrywide Defendants respectfully request that the Court take judicial notice of Exhibits 1-120 and the Appendix filed in support of their Motions to Dismiss.

| | |
|---|---|
| Dated: December 7, 2011 | **GOODWIN PROCTER LLP** |
| | /s/ Brian C. Devine |
| | Brian E. Pastuszenski (*pro hac vice*) |
| | Lloyd Winawer (State Bar No. 157823) |
| | Inez H. Friedman-Boyce (*pro hac vice*) |
| | Brian C. Devine (State Bar No. 222240) |
| | *Counsel for the Countrywide Defendants* |