Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
Caroline H. Bullerjahn (*pro hac vice*)
cbullerjahn@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; Countrywide Capital Markets, LLC; Countrywide Securities Corporation; CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., CWMBS, Inc., and N. Joshua Adler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES** | Case No.11-ML-02265-MRP (MANx)<br><br>**STIPULATION EXTENDING PAGE LIMIT FOR COUNTRYWIDE DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>Date: June 13, 2012<br>Time: 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

| | |
|---|---|
| WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-07166-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 11-CV-09889-MRP (MANx) |

1  WHEREAS, on March 9, 2012, this Court issued an Order regarding the motions to dismiss of defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc., CWHEQ, Inc., CWMBS, Inc. and N. Joshua Adler (collectively, the "Countrywide Defendants") in *Western and Southern Life Insurance Company, et al. v. Countrywide Financial Corporation, et al.*, Case No. 11-CV-07166-MRP (MANx) ("*WSLIC*") and *National Integrity Life Insurance Company v. Countrywide Financial Corporation*, Case No. 2:11-cv-09889-MRP (MANx) ("*National Integrity*"), based on standing, timeliness, and jurisdiction;

WHEREAS, on April 5, 2012, this Court Ordered Defendants to file and serve their Second Round Motions to Dismiss on April, 20, 2012;

WHEREAS, the Second Round Motions to Dismiss will address federal and state law claims remaining in both *Western & Southern* and *National Integrity*;

WHEREAS, the *Western & Southern* Amended Complaint, filed on November 7, 2011, spans 144 pages, with 499 paragraphs and 9 attached exhibits;

WHEREAS, the *National Integrity* Complaint, filed on November 9, 2011, spans 128 pages, with 499 paragraphs, and 9 attached exhibits;

WHEREAS, pursuant to Local Rule 11-6 of the U.S. District Court for the Central District of California, the Countrywide Defendants may file a memorandum of points and authorities up to 25 pages in support of their motion to dismiss in *Western & Southern* and a memorandum of points and authorities up to 25 pages in support of their motion to dismiss in *National Integrity*;

WHEREAS, the Countrywide Defendants intend to file a consolidated memorandum of points and authorities in support of their motions to dismiss the *WSLIC* and *National Integrity* actions;

WHEREAS, the parties hereto agree that justification and good cause exists

for extending the 25-page limitation for the Countrywide Defendants' memorandum of points and authorities in support of their motion to dismiss;

NOW, THEREFORE, the parties hereby agree and stipulate to the following, subject to the Court's approval:

The Countrywide Defendants shall file a memorandum of points and authorities in support of their motion to dismiss not to exceed 65 pages in length. The page limits for all other Defendants' memoranda in support of their motions to dismiss will remain as allowed under Local Rule 11-6.

IT IS SO STIPULATED

| Dated: April 19, 2012 | Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Capital Markets, LLC, Countrywide Home Loans, Inc.; CWABS, Inc., CWMBS, Inc., CWALT, Inc., CWABS, Inc., and CWHEQ, Inc.<br><br>By their attorneys,<br><br>/s/ Brian E. Pastuszenski<br>Brian E. Pastuszenski (*pro hac vice*)<br>Lloyd Winawer (State Bar No. 157823)<br>Inez H. Friedman-Boyce (*pro hac vice*)<br>Brian C. Devine (State Bar No. 222240)<br>Caroline H. Bullerjahn (*pro hac vice*) |
|---|---|
| Dated: April 19, 2012 | Defendants Bank of America Corp., N.B. Holdings Corp., Bank of America, N.A., and Bank of America, N.A. as successor by July 1, 2011 *de jure* merger to BAC Home Loans Servicing, L.P. (named herein as BAC Home Loans Servicing, L.P.)<br><br>By their attorneys,<br><br>/s/ Matthew Close<br>Matthew Close (SBN 188570)<br>*mclose@omm.com*<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: 213-430-6000 |

|   |   |
|---|---|
|   | Facsimile:  213-430-6407<br><br>Jonathan Rosenberg (*pro hac vice*)<br>*jrosenberg@omm.com*<br>William Sushon (*pro hac vice*)<br>*wsushon@omm.com*<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone:  212-326-2000<br>Facsimile:  212-326-2061 |
| Dated:  April 19, 2012 | Defendant Angelo Mozilo<br><br>By his attorney,<br><br>/s/ David Siegel_____<br>David Siegel (SBN 101355)<br>*dsiegel@irell.com*<br>A. Matthew Ashley (SBN 198235)<br>*mashley@irell.com*<br>Allison L. Libeu (SBN 244487)<br>*alibeu@irell.com*<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276<br>Telephone: 310-277-1010<br>Facsimile:  310-203-7199 |
| Dated:  April 19, 2012 | Defendant David Sambol<br><br>By his attorneys,<br><br>/s/ Michael C. Tu_____<br>Michael C. Tu (State Bar No. 186793)<br>*mtu@orrick.com*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, California  90017<br>Telephone:  213-629-2020<br>Facsimile:  213-612-2499<br><br>Michael Torpey (State Bar No. 79424)<br>*mtorpey@orrick.com*<br>Penelope Graboys Blair (State Bar No. 214742)<br>*pgraboysblair@orrick.com*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Telephone:  415-773-5700<br>Facsimile:  415-773-5759 |

| | |
|---|---|
| Dated: April 19, 2012 | Defendant Stanford L. Kurland<br><br>By his attorneys,<br><br>/s/ Christopher G. Caldwell<br>Christopher G. Caldwell (State Bar No. 106790)<br>*caldwell@caldwell-leslie.com*<br>Jeanne Fugate (State Bar No. 236341)<br>*fugate@caldwell-leslie.com*<br>Jeffrey M. Hammer (State Bar No. 264232)<br>*hammer@caldwell-leslie.com*<br>CALDWELL LESLIE & PROCTOR, PC<br>1000 Wilshire Blvd Suite 600<br>Los Angeles, CA 90017<br>Telephone: 213-629-9040<br>Facsimile: 213-629-9022 |
| Dated: April 19, 2012 | Defendant Eric P. Sieracki<br><br>By his attorneys,<br><br>/s/ David A. Priebe<br>David A. Priebe (State Bar No. 148679)<br>*david.priebe@dlapiper.com*<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, California 94303-2248<br>Telephone: 650-833-2000<br>Facsimile: 650-833-2001<br><br>Shirli Fabbri Weiss (State Bar No. 079225)<br>*shirli.weiss@dlapiper.com*<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Telephone: 619-699-3650<br>Facsimile: 619-764-6650<br><br>*Signing as to* National Integrity *Only* |
| Dated: April 19, 2012 | Defendant David A. Spector<br><br>By his attorney,<br><br>/s/ Leiv Blad Jr.<br>Leiv Blad Jr. (State Bar No. 151353)<br>*leiv.blad@bingham.com*<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, NW |

5
STIPULATION EXTENDING PAGE LIMIT FOR CW DEFENDANTS'
MEMO. OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS

|   |   |   |
|---|---|---|
| 1 |   | Washington, DC  20006<br>Telephone:  202-373-6000<br>Facsimile:  202-373-6001 |
| 2 |   |   |
| 3 |   | Jennifer M. Sepic (State Bar No. 234874)<br>*jennifer.sepic@bingham.com*<br>BINGHAM MCCUTCHEN LLP<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071<br>Tel: 213-680-6400<br>Fax: 213-680-6499 |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   | *Signing as to* National Integrity *Only* |
| 8 | Dated:  April 19, 2012 | Defendants Ranjit Kripalani and Jennifer S. Sandefur |
| 9 |   |   |
| 10 |   | By their attorneys, |
| 11 |   | /s/ Joshua G. Hamilton_____<br>William F. Sullivan (State Bar No. 078353)<br>*williamsullivan@paulhastings.com*<br>Joshua G. Hamilton (State Bar No. 199610)<br>*joshuahamilton@paulhastings.com*<br>Jenifer Q. Doan (State Bar No. 271571)<br>*jeniferdoan@paulhastings.com*<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Telephone:  213-683-6000<br>Facsimile:  213-627-0705 |
| 12 |   |   |
| 13 |   |   |
| 14 |   |   |
| 15 |   |   |
| 16 |   |   |
| 17 |   |   |
| 18 |   | *Signing as to* National Integrity *Only* |
| 19 | Dated:  April 19, 2012 | Plaintiffs The Western & Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, Fort Washington Investment Advisors, Inc., and National Integrity Insurance Company |
| 20 |   |   |
| 21 |   |   |
| 22 |   | By their attorneys, |
| 23 |   |   |
| 24 |   | /s/ Brian C. Lysaght_____<br>Brian C. Lysaght (Bar. No. 61965)<br>*blysaght@lysaghtlegal.com*<br>LYSAGHT LAW GROUP, LLP<br>233 Wilshire Blvd., Suite 700<br>Santa Monica, California 90401<br>Telephone: (310) 566-8166 |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

-and-

David H. Wollmuth (*pro hac vice*)
*dwollmuth@wmd-law.com*
Steven S. Fitzgerald (*pro hac vice*)
*sfitzgerald@wmd-law.com*
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10036
Telephone: 212-382-3300
Facsimile: 212-382-0050

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles.  I am over the age of 18 and not a party to the within action.  My business address is 601 South Figueroa Street, 41st Floor, Los Angeles, California.

On **April 19, 2012**, I served the following documents on the persons on the attached service list as follows:

**STIPULATION EXTENDING PAGE LIMIT FOR COUNTRYWIDE DEFENDANTS' OMNIBUS REPLY MEMORANDUM IN SUPPORT OF COORDINATED MOTION TO DISMISS BRIEFING;**

**[PROPOSED] ORDER REGARDING STIPULATION EXTENDING PAGE LIMIT FOR COUNTRYWIDE DEFENDANTS' OMNIBUS REPLY MEMORANDUM IN SUPPORT OF COORDINATED MOTIONS TO DISMISS**

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, Ca.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (EXPRESS MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing Express Mail for mailing.  On the same day that Express Mail is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

1 ☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

4 ☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **April 19, 2012**, at Los Angeles, California.

_____Kemi Oyemade_____     _____/s/_____
(Type or print name)                (Signature)

# SERVICE LIST

| | |
|---|---|
| Matthew W. Close<br>**O'MELVENY AND MYERS**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br>Jonathan Rosenberg (*pro hac vice*)<br>William Sushon (*pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, New York 10036<br>Telephone: 212-326-2000<br>Facsimile: 212-326-2061 | *Attorneys for Defendants*<br>**Defendants Bank of America Corporation, Bank of America, N.A.—as successor by April 27, 2009** *de jure* **merger to Countrywide Bank, F.S.B., and as successor by July 1, 2011** *de jure* **merger to BAC Home Loans Servicing, LP—(named herein as both Bank of America, N.A. and BAC Home Loans Servicing, LP), and NB Holdings Corporation**<br><br>Tel: 213-430-6000<br>Fax: 213-430-6407<br>mclose@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com |
| David Siegel<br>A. Matthew Ashley<br>Allison L. Libeu<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276 | *Attorneys for Defendant*<br>**Angelo Mozilo**<br><br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>dsiegel@irell.com<br>mashley@irell.com<br>alibeu@irell.com |
| Michael D. Torpey<br>Penelope A. Graboys Blair<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>Michael C. Tu<br>**ORRICK HERRINGTON AND SUTCLIFFE LLP**<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**David A. Sambol**<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com<br><br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com |
| Christopher G. Caldwell<br>David C. Codell<br>Jeffrey M. Hammer<br>Eric S. Pettit<br>**CALDWELL LESLIE & PROCTOR, PC**<br>1000 Wilshire Blvd Suite 600<br>Los Angeles, CA 90017 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br><br>Tel : 213-629-9040<br>Fax: 213-629-9022<br>caldwell@caldwell-leslie.com<br>codell@caldwell-leslie.com<br>hammer@caldwell-leslie.com<br>pettit@caldwell-leslie.com |

LIBA/2281687.1

1

| | | |
|---|---|---|
| 1 | David A. Priebe<br>Shirli Fabbri Weiss<br>**DLA PIPER LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br><br>Nicolas Morgan<br>**DLA PIPER LLP**<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067-6022<br><br>Keara Gordon<br>Anthony Gill<br>**DLA PIPER LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | *Attorneys for Defendant:*<br>**Eric P. Sieracki**<br><br>Tel: 650-833-2000<br>Fax: 650-833-2001<br>david.priebe@dlapiper.com<br>shirli.weiss@dlapiper.com<br><br>Tel: 310-595-3000<br>Fax: 310-595-3300<br>nicolas.morgan@dlapiper.com<br><br>Tel: 212-335-4500<br>Fax: 212-335-4501<br>keara.gordon@dlapiper.com<br>anthony.gill@dlapiper.com |
| 10 | Jennifer M. Sepic<br>**BINGHAM MCCUTCHEN LLP**<br>355 South Grand Avenue Suite 4400<br>Los Angeles, CA 90071<br><br>Leiv H. Blad , Jr<br>Zarema Arutyunova<br>**BINGHAM MCCUTCHEN LLP**<br>2020 K Street NW<br>Washington, DC 20006-1806 | *Attorneys for Defendant:*<br>**David A. Spector**<br><br>Tel: 213-680-6400<br>Fax: 213-680-6499<br>jennifer.sepic@bingham.com<br><br>Tel: 202-373-6564<br>Fax: 202-373-6001<br>leiv.blad@bingham.com<br>zarema.arutyunova @bingham.com |
| 16 | Joshua G. Hamilton<br>Peter Young Hoon Cho<br>William F. Sullivan<br>**PAUL HASTINGS JANOFSKY AND WALKER LLP**<br>515 South Flower Street 25th Fl<br>Los Angeles, CA 90071-2228 | *Attorneys for Defendants:*<br>**Ranjit Kripalani,**<br>**Jennifer S. Sandefur,**<br><br>Tel: 213-683-6<br>Fax: 213-627-0<br>joshuahamilton@paulhastings.<br>petercho@paulhastings.<br>williamsullivan@paulhastings.com |
| 21 | Brian C. Lysaght<br>**LYSAGHT LAW GROUP**<br>12021 Wilshire Boulevard<br>Los Angeles, California 90025<br><br><br><br>David H. Wollmuth<br>Vincent T. Chang<br>Steven S. Fitzgerald<br>**WOLLMUTH MAHER & DEUTSCH LLP** | *Attorneys for Plaintiffs*<br>Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Columbus Life Insurance Company, Integrity Life Insurance Company, Fort Washington Investment Advisors, Inc. *on behalf of* Fort Washington Active Fixed Income, LLC, and National Integrity Life Insurance Company<br><br>*lysaghtlaw@hotmail.com*<br>*dwollmuth@wmd-law.com*<br>*vchang@wmd-law.com*<br>*sfitzgerald@wmd-law.com* |

LIBA/2281687.1

2

| 500 Fifth Avenue, 12th Floor<br>New York, NY 10036 | Tel: (310) 567-1111<br>Fax: (310) 472-0243 |
|---|---|

LIBA/2281687.1

3