Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Inez H. Friedman-Boyce (*pro hac vice*)
ifriedmanboyce@goodwinprocter.com
Brian C. Devine (State Bar No. 222240)
bdevine@goodwinprocter.com
Caroline H. Bullerjahn (*pro hac*)
cbullerjahn@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts  02109
Telephone:  617-570-1000
Facsimile:   617-523-1231

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California  90017
Telephone:  213-426-2500
Facsimile:   213-623-1673

*Attorneys for Defendants*
Countrywide Financial Corporation;
Countrywide Home Loans, Inc.;
Countrywide Home Loans Servicing LP; Countrywide Capital Markets, LLC; Countrywide Securities Corporation; CWALT, Inc.; CWABS, Inc., CWHEQ, Inc., CWMBS, Inc., and N. Joshua Adler

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION CASES** | Case No. 11-ML-02265-MRP( MANx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION EXTENDING PAGE LIMIT FOR COUNTRYWIDE DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>Date:        June 13, 2012<br>Time:       11:00 a.m.<br>Courtroom: 12<br>Judge:       Hon. Mariana R. Pfaelzer |

| | |
|---|---|
| WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 11-CV-07166-MRP (MANx) |
| NATIONAL INTEGRITY LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 11-CV-09889-MRP (MANx) |

[PROPOSED] ORDER RE: STIPULATION EXTENDING PAGE LIMIT

Based upon the parties Stipulation dated April 19, 2012, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS: The Countrywide Defendants shall file a memorandum of points and authorities in support of their motion to dismiss not to exceed 65 pages in length. The page limits for all other Defendants' reply briefs in support of their motions to dismiss will remain as allowed under Local Rule 11-6.

SO ORDERED.

Dated: _____, 2012

_____
Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE