# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 11-ML-2265-MRP<br>12-CV-08558-MRP | Date | January 25, 2013 |
|---|---|---|---|
| Title | *In re Countrywide Financial Corporation Mortgage-Backed Securities Litigation*<br>*Fed. Deposit Ins. Corp. as Receiver for Guaranty Bank v. Countrywide Sec. Corp.*, et al. | | |

Present: The Honorable    Mariana R. Pfaelzer, Senior U.S. District Judge

| | |
|---|---|
| Courtroom Clerk: | Cynthia Salyer |
| Court Reporter: | None |
| Attorneys Present for Plaintiffs: | None |
| Attorneys Present for Defendants: | None |

**Proceedings:**          **(IN CHAMBERS)**

In light of the progression of the multi-district litigation, the Court orders that briefing in *FDIC as Receiver for Guaranty Bank v. Countrywide Sec. Corp.*, et al., 12-cv-08558, not be bifurcated. The Court orders that if Defendants wish to move to dismiss, they file a single brief including all arguments for dismissal.

IT IS SO ORDERED.

1