UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

**CASE NO:**                                                                 **Date:  March 11, 2013**

| | |
|---|---|
| **LA11ML02265-MRP (MANx)** | IN RE THE COUNTRYWIDE FINANCIAL CORPORATION MORTGAGE -BACKED SECURITIES LITIGATION |
| **LA11CV05236-MRP (MANx)** | ALLSTATE INSURANCE COMPANY v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL., |
| **LA12CV04316-MRP (MANx)** | BANK HAPOALIM, B.M. v. BANK OF AMERICA CORP. |
| **LA11CV10400-MRP (MANx)** | FDIC. AS RECEIVER FOR UNITED WESTERN BANK, F.S.B., CORP., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL., |
| **LA11CV10414-MRP (MANx)** | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY v. COUNTRYWIDE FINANCIAL CORPORATION,. ET AL. |
| **LA12CV06149-MRP (MANx)** | MINNESOTA LIFE INS. CO. v. COUNTRYWIDE FIN. CORP., |
| **LA11CV09889-MRP (MANx)** | NATIONAL INTEGRITY LIFE INS. CO. v. COUNTRYWIDE FINANCIAL CORPORATION |
| **LA12CV04317-MRP (MANx)** | PRINCIPAL LIFE INSURANCE COMPANY v BANK OF AMERICA CORPORATION., |

==================================================================
PRESENT:  <u>THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE</u>

| | |
|---|---|
| <u>Cynthia Salyer</u> | <u>Leandra Amber</u> |
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| **Daniel Brockett** | **Brian Pastuszenski** |
| **Marc Greenwald** | **John Farley** |
| **Joel Bernstein** | **Jeanne Fugate, For Kurland** |
| **Mark Labaton** | **James Rutten** |
| **Michael Matthias** | **Adam Hakki, for CW** |
| **Joshua Hamilton** | **Alexander Mircheff** |
| **David Wilk** | **Diane McGimsly, for JP Morgan** |
| **Brian Lysaght** | |
| **Molly Stephens** | |
| **Mark Holton** | |
| **Mary Menge** | |
| **Harry Olivar** | |
| **Steven Fitzgerald** | |

**PROCEEDINGS:**    **STATUS CONFERENCE**

       The case is called and appearances are made.  Court and counsel discuss discovery issues, including the schedule, sampling and document discovery.  The Court orders the parties to meet and confer and a further Telephonic Conference Call is scheduled for Tuesday, March 19, 2013 at 1:30 p.m. (P.S.T.).

MINUTES FORM 11                                                                 Initials of Deputy Clerk <u>cs  </u>
CIVIL - GEN                                                                            TIME: 1/30 (11/.13 per hng)