| | |
|---|---|
| DAVID S. MCLEOD, SBN 66808<br>dmcleod@mmwf.com<br>JOHN M. MOSCARINO, SBN 122105<br>jmoscarino@mmwf.com<br>JEFFREY R. WITHAM SBN 116392<br>jwitham@mmwf.com<br>McLEOD MOSCARINO WITHAM &<br>FLYNN LLP<br>707 Wilshire Boulevard, Suite 5000<br>Los Angeles, California 90017-3613<br>Telephone:  (213) 627-3600<br>Facsimile:   (213) 627-6290<br><br>DAVID J. GRAIS (pro hac vice)<br>dgrais@graisellsworth.com<br>MARK B. HOLTON (pro hac vice)<br>mholton@graisellsworth.com<br>GRAIS & ELLSWORTH LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 755-0100<br>Facsimile:  (212) 755-0052<br><br>*Attorneys for Plaintiff*<br>Federal Deposit Insurance Corporation<br>as Receiver for Colonial Bank | DEAN J. KITCHENS, SBN 82096<br>DKitchens@gibsondunn.com<br>ALEXANDER K. MIRCHEFF, SBN 245074<br>AMircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California  90071-3197<br>Telephone:  213.229.7000<br>Facsimile:   213.229.7520<br><br>*Attorneys for Defendants* Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, RBS Securities Inc., and UBS Securities LLC<br><br>NEAL A. POTISCHMAN, SBN 254862<br>neal.potischman@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone:  650.752.2000<br>Facsimile:   650.752.2111<br><br>JAMES P. ROUHANDEH*<br>james.rouhandeh@davispolk.com<br>DANA M. SESHENS*<br>dana.seshens@davispolk.com<br>*admitted pro hac vice<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York  10017<br>Telephone:  212.450.4000<br>Facsimile:   212.701.5800<br><br>*Attorneys for Defendant*<br>Morgan Stanley & Co. LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | MDL No. 11-ML-02265-MRP (MANx)*<br><br>**ORDER REGARDING DISCOVERY SCHEDULE** |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE SECURITIES CORPORATION, *et al.*,<br><br>            Defendants. | Courtroom:     12<br>Judge:            Hon. Mariana R. Pfaelzer<br><br>Case No. 12-CV-08317-MRP (MANx) |

After consideration of the terms of the foregoing Proposed Schedule, and good cause appearing therefore, IT IS HEREBY ORDERED that the following schedule shall apply:

| Event | Deadline |
| --- | --- |
| Commencement of discovery. | July 23, 2013 |
| Initial Disclosures by Plaintiff and Defendants.[1] | July 23, 2013 |
| Joint submission of protective order. | July 29, 2013 |
| Production by Plaintiff of Document Productions and Transcripts of Testimony in civil cases dealing with Loan Origination and Securitization Issues, subject to any subsequent clawbacks for privilege reasons. | August 2, 2013 |
| Production by the Defendants of prior productions of Documents previously produced and Transcripts of Testimony in agreed to civil actions, subject to any subsequent clawbacks for privilege reasons. Best efforts subsequently will be made to produce video of such depositions that are specifically requested by Plaintiff, to the extent such videos exist. To the extent such materials already have been produced in other cases that are part of this MDL, and made available to Plaintiff, those productions will be deemed as made in this case, without the need to produce them again. | August 2, 2013 |

---

[1] "Plaintiff" means the Federal Deposit Insurance Corporation as Receiver for Colonial Bank. "Defendants" means Citigroup Global Markets, Inc., Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, RBS Securities Inc., and UBS Securities LLC. Plaintiff and Defendants are collectively referred to herein as the "Parties."

| Event | Deadline |
|---|---|
| Defendants will use best efforts to produce loan tapes from centrally located network and shared folders for each of the securitizations at issue in this case in their possession, custody or control. To the extent loan tapes are in the possession, custody or control of Third Parties, Defendants and Plaintiff will coordinate with Third Parties to ensure the production of those loan tapes. To the extent Plaintiff conducts a broad sample and that sampling process identifies loans whose files are not within the possession, custody, or control of Defendants, Plaintiff and Defendants will use best efforts to coordinate with Third Parties able to provide Plaintiff with additional borrower, originator and/or servicer information about the loan upon a Plaintiff request for such information. In exchange for Plaintiff's forbearance from demanding that Defendants produce every version of the loan tapes for the offerings purchased by Colonial Bank, Defendants agree not to assert that Plaintiff's sampling methodology is defective because it fails to make use of a particular category of information that was not provided in any produced version of the loan tapes, the closing loan schedules, or other similar loan-level data files for those offerings. | August 2, 2013 |
| On or after this date, Plaintiff may request additional Document or Deposition Discovery from Third Parties. Plaintiff will meet and confer promptly with Third Parties and Plaintiff will make an application for any requests not consented to by Third Parties. | August 2, 2013 |
| Plaintiff serves Expert Report on Loan Sampling Methodology, which shall identify the chosen samples by loan number and describe the methodology used, its bases, and how it was applied to the population of loans. | August 12, 2013[2] |
| | |
| Third Parties to substantially complete production of loan files that are reasonably requested by Plaintiff, as well as all applicable underwriting guidelines, in the possession, custody or control of Third Parties. | August 30, 2013[3] |

---

[2] This date is subject to production to Plaintiff no later than July 26, 2013 of loan tapes or similar data necessary to enable Plaintiff to prepare its Expert Report on Loan Sampling.

| Event | Deadline |
|---|---|
| Motion for Joinder of Parties | August 30, 2013 |
| Date for Filing A *Daubert* Motion Challenging Plaintiff's Loan Sampling Methodology | September 13, 2013 |
| Opposition to *Daubert* Motions on Loan Sampling | September 27, 2013 |
| Replies in Support of *Daubert* Motions on Sampling | October 4, 2013 |
| Hearing on *Daubert* Motions on Sampling | October 15, 2013, 11 a.m. |
| Substantial Completion of Party Document Discovery and Loan File Discovery | November 8, 2013 |
| Substantial Completion of Third-Party Document Discovery | December 20, 2013 |
| Completion of Fact Depositions and close of fact discovery. | February 7, 2014 |
| Parties Serve Expert Reports on Matters for Which They Bear the Burden of Proof (other than loan sampling methodology addressed above), or on any Other Matters. | March 14, 2014 |
| Parties serve Rebuttal Expert Reports (on issues other than loan sampling methodology addressed above and re-underwriting). | May 30, 2014 |
| Defendants serve rebuttal reports on re-underwriting. | July 18, 2014 |
| Close of Expert Discovery. | August 8, 2014 |
| Summary Judgment Motions. | August 29, 2014 |
| Oppositions to Summary Judgment Motions. | October 3, 2014 |
| Replies in Support of Summary Judgment Motions. | December 5, 2014 |

---

[Footnote continued from previous page]

[3] This date is subject to (i) Plaintiff's prompt service of appropriate subpoena(s) for loan files included in Plaintiff's sampling proposal, and (ii) the volume of loan files that the subpoena(s) request.

| Event | Deadline |
|---|---|
| Hearing on Summary Judgment Motions | December 22, 2014, 11 a.m. |

SO ORDERED.

DATED: July 31, 2013

_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071.  On July 25, 2013, I served the foregoing document as follows:

> **[X]**  by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.
>
> **[ ]**  by U.S. Mail in the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List.  I am readily familiar with the Firm's practice for the collection and processing of correspondence for mailing with the Postal Service and that the correspondence would be deposited with same that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on July 25, 2013, at Los Angeles, California.

> ___/s/ Alexander K. Mircheff____
> Alexander K. Mircheff