Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
John J. Falvey, Jr. (*pro hac vice*)
jfalvey@goodwinprocter.com
Matthew G. Lindenbaum (*pro hac vice*)
mlindenbaum@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.: 617-570-1000
Fax: 617-570-1231

Richard M. Wyner (*pro hac vice*)
rwyner@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4432
Tel.: 202-346-4000
Fax: 202-346-4444

Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: 213-426-2500
Fax: 213-623-1673

*Attorneys for Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Securities Corporation; CWABS, Inc.; CWALT, Inc. and CWHEQ, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)* <br><br> **ORDER STAYING PROCEEDINGS FOR FURTHER 30 DAYS** |
| PRINCIPAL LIFE INSURANCE COMPANY, *et al.*,<br>            Plaintiffs,<br>    v.<br>BANK OF AMERICA CORPORATION, *et al.*,<br>            Defendants. | Case No. 12-CV-4317-MRP (MANx)<br><br>Courtroom: 12<br>Judge:    Hon. Mariana R. Pfaelzer |

LIBA/1991395.4

1  Based upon the parties' stipulation dated August 1, 2013, and good cause
2  appearing therefore,
3  IT IS HEREBY ORDERED AS FOLLOWS: All proceedings in this action
4  are stayed for a further period of 30 days, and the parties shall report to the Court as
5  to the status of this action on or before September 4, 2013.
6  SO ORDERED.
7
8  Dated: August 2, 2013

_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE