UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 11-ML-2265-MRP (MANx) | Date | August 13, 2013 |
|---|---|---|---|
| Title | *In re Countrywide Fin. Corp. Mortg.-Backed Sec. Litig.*<br>*Federal Housing Finance Agency, as conservator for The Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation v. Countrywide Financial Corporation, et al.,* 2:12-CV-01059 | | |

| Present: The Honorable | **MARIANA R. PFAELZER** |
|---|---|
| Isabel Martinez | None |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     **(In Chambers)**

**ORDER REGARDING JOINT MOTION FOR VOLUNTARY DISMISSAL**

     On August 2, 2013, Plaintiff Federal Housing Finance Agency ("FHFA") and Defendant UBS Securities LLC ("UBS Securities") filed a joint motion for entry of an order of voluntary dismissal with prejudice and a bar order. The Court hereby orders the remaining non-UBS Defendants in the above-captioned action to file a response, either in support, opposition, or otherwise, to the joint motion no later than August 26, 2013. A hearing on the motion to dismiss is set for September 9, 2013 at 11:00 a.m. but is continued to September 10, 2013 at 1:30 p.m.

                                                                                                             :

Initials of Preparer     IM