# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | MDL 11-ML-2265-MRP (MANx) <br><br> Case No.  12-CV-06151-MRP (MANx) |
| IKB INTERNATIONAL S.A. IN LIQUIDATION, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | **FINAL JUDGMENT** |

1   For the reasons set forth in the Order Granting Defendants' Motion for
2   Summary Judgment (Docket No. 311) and the Order re Motions to Dismiss the
3   Complaint (Docket No. 94) (filed under seal), final judgment with prejudice is
4   hereby entered in favor of all defendants and against all plaintiffs with respect to
5   all claims asserted by plaintiffs in this case.

7   IT IS SO ORDERED.

9   Dated:  April 9, 2015

*Mariana R. Pfaelzer*

Hon. Mariana R. Pfaelzer
United States District Judge